IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>v.<br><br>Elizabeth Bautista,<br>Defendant. | Case No. 21-CR-1285-H<br><br>**Order Granting Early Termination of Supervised Release** |

**GOOD CAUSE APPEARING,** it is hereby ordered that defendant Elizabeth Bautista's three-year term of supervised release be terminated forthwith in the interests of justice.

**IT IS SO ORDERED.**

Dated: 12/16/2024

_____
HONORABLE MARILYN L. HUFF
United States District Judge

21-CR-1285-H